**FILED**

Mar 06 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/A Cortez          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>EDWIN ALEJANDRO<br>          REGALDO DURAN (1),<br>JOSUE VASQUEZ JIMENEZ (2),<br><br>                    Defendants. | Case No. '25 CR0685 LL<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) and<br>(v)(II) – Transportation of<br>Certain Aliens and Aiding<br>and Abetting |

The grand jury charges:

On or about February 9, 2025, within the Southern District of California, defendants EDWIN ALEJANDRO REGALDO DURAN and JOSUE VASQUEZ JIMENEZ, knowing or in reckless disregard of the fact that an alien, namely, Diego Pedro-Antonio, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 6, 2025.                    A TRUE BILL:

ANDREW R. HADEN
Acting United States Attorney

By: _____
DANIEL F. CASILLAS
Assistant U.S. Attorney

DFC:nlv:San Diego:3/5/25