DANIELLE R. PEAY
Calif. Bar No. 263694
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 231-4330
daniellerpeay@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | Case No.: 24CR0685-LL |
|---|---|
| Plaintiff, |  |
| vs. | NOTICE OF MOTIONS AND MOTIONS TO: |
| JOSUE VASQUEZ JIMENEZ, | (1) COMPEL DISCOVERY; |
| Defendant. | (2) PRESERVE EVIDENCE; (3) LEAVE TO FILE FURTHER MOTIONS. |
|  | DATE:  APRIL 14, 2025 TIME:  2:00 P.M. |

PLEASE TAKE NOTICE on APRIL 14, 2025, at 2:00 P.m., or as soon thereafter as counsel may be heard, the defendant, Mr. Vasquez, by and through his counsel, Danielle R. Peay, will ask this Court to issue an order granting the motions listed below.

//

//

1

## MOTIONS

The defendant, Mr. Vasquez, by and through his counsel, Danielle R. Peay, asks this Court pursuant to the Fifth and Sixth Amendments, to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules for an order to:

1) Compel Discovery;

2) Preserve Evidence;

3) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 18, 2025

s/Danielle R. Peay
DANIELLE R. PEAY
Attorney for Josue Vasquez Jimenez
Email: daniellerpeay@gmail.com