```
TARA K. McGRATH
United States Attorney
DANIEL F. CASILLAS
Assistant United States Attorney
Washington State Bar No. 45710
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619-546-7342
daniel.casillas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```



FILED
MAR 2 5 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSUE VASQUEZ JIMENEZ (2),<br><br>　　　　　Defendant. | Case No. 25CR0685-LL<br>　　　　　25MJ0594<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ANDREW R. HADEN, Acting United States Attorney, and Daniel F. Casillas, Assistant United States Attorney, and defendant JOSUE VASQUEZ JIMENEZ, by and through and with the advice and consent of defense counsel, Danielle R. Peay, that:

1. Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witness, Diego Pedro-Antonio, in this case:

　　a.　Is an alien with no lawful right to enter or remain in the United States;

　　b.　Entered or attempted to enter the United States illegally on or about February 9, 2025;

DFC:sal:2/20/2025

   c. Was found in a vehicle, driven by defendant with the codefendant as an occupant near Jamul, California;

   d. Was paying $20,000 to others to be brought into the United States illegally and/or transported or moved illegally to his destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

 3. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws their guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness;

   c. Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness in this case.

 4. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

 Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the

above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ANDREW R. HADEN
Acting United States Attorney

3/25/25
DATED

DANIEL F. CASILLAS, for
Assistant U.S. Attorney

3/25/25
DATED

DANIELLE R. PEAY
Defense Counsel

3/25/25
DATED

JOSUE VASQUEZ JIMENEZ
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

3/25/25
DATED

United States Magistrate Judge

4